UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ARTHUR SMITH,                              :

    Plaintiff                              :   CIVIL ACTION NO. 3:19-0542

v.                                         :           (JUDGE MANNION)

UNITED STATES OF AMERICA,                  :

    Defendants                             :

# ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion for summary judgment (Doc. 21) is **GRANTED**. Judgment is hereby entered in favor of the Defendants and against the Plaintiff.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated:  April 15, 2021**
19-0542-01-ORDER